

# NUMBER 13-25-00274-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**CARLOS OSBALDO FRANCO JR.,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                  **Appellee.**

---

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF KLEBERG COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Peña**

Appellant filed a notice of appeal attempting to appeal a judgment of conviction in trial court cause number 23-CRF-0391-S1. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that appellant "waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On May 20, 2025, we ordered

appellant's counsel to review the record and determine whether appellant had a right to appeal. Due to a clerical error, the Order was reissued on July 3, 2025. After no response from appellant, on August 12, 2025, we abated the appeal and remanded the case to the trial court to determine if appellant, or his counsel, had abandoned the appeal. On September 29, 2025, we reinstated the matter upon review of the trial court's findings and order appointing new counsel. Additionally, we ordered appellant's newly appointed counsel to review the record and determine whether appellant had a right to appeal. On October 3, 2025, appellant's counsel filed a "Memorandum Regarding Waiver of Right to Appeal," concluding appellant does not have a right of appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, 44.3. Accordingly, this case is dismissed for want of jurisdiction.

L. ARON PEÑA JR.
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
16th day of October, 2025.

2